

Attorneys admitted in
California, New York,
Texas, Pennsylvania, and
Maine

Sender's contact:
lzaharia@donigerlawfirm.com
(310) 590-1820

Doniger / Burroughs Building
603 Rose Avenue
Venice, California 90291

Doniger / Burroughs NY
247 Water Street, First Floor
New York, New York 10038

June 30, 2022

**DELIVERED VIA ECF**

Honorable Edgardo Ramos
Thurgood Marshall U.S. Courthouse
40 Foley Square, Courtroom 619
New York, NY 10007-1312

> The conference scheduled for July 7 is adjourned, and Plaintiff is granted leave to file the Second Amended Complaint.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: __June 30, 2022__
> New York, New York

        Case Title:      *Klauber Brothers, Inc. v. Boohoo Group PLC et al*,
                            1:21-cv-05273-ER
        Re:              **Request to Adjourn Initial Pretrial Conference and File Proposed Second Amended Complaint**

Your Honor:

      This office represents Plaintiff, Klauber Brothers, Inc. ("Klauber"), in the above-referenced matter. Pursuant to Rules 1A and 1E of Your Honor's Individual Practices in Civil Cases, we write to respectfully request an adjournment of the initial pretrial conference, currently scheduled for Thursday, July 7th at 10 am, (Dkt. #20) and for leave to file a proposed Second Amended Complaint, attached hereto as **Exhibit 1**. The reason for this request is that Klauber has identified additional products that it alleges are infringing. The requested adjournment will allow time for Defendants to investigate the additional products and for the parties to continue their discussions for resolution. Defendants all consent to the request for the adjournment and the filing of the proposed SAC. There have been no previous requests for an adjournment.

      We thank Your Honor for consideration of this request.

                              Respectfully submitted,

                By:   */s/ Laura M. Zaharia*
                       Scott Alan Burroughs
                       Laura M. Zaharia
                       DONIGER / BURROUGHS
                       For the Plaintiff